IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFFREY BASLER, | § |
| *Plaintiff,* | § |
| vs. | § |
| ALLIED WIRELINE SERVICES, LLC, d/b/a ALLIED-HORIZONTAL WIRELINE SERVICES, | § CIVIL ACTION NO. 4:19-CV-4535 |
| *Defendant.* | § |

## ORDER

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed on April 1, 2020, the above-referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS ORDERED that all claims in dispute in this lawsuit be dismissed with prejudice to re-filing. All attorney's fees and costs will be borne by the party incurring same.

SIGNED this 1st day of April, 2020.

*Lee H. Rosenthal*

CHIEF JUDGE LEE H. ROSENTHAL
United States District Judge

4846-1650-7577.1 105858.1001